UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RANDOLPH ROBINSON,

                Plaintiff,

    - against -                       21-CV-02071 (PMH)

DELTA BAROMETRE, Superintendent,
R. MURRAY, Nurse Administrator,

                Defendants.
------------------------------------------------------------ X

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

                LETITIA JAMES
                Attorney General of the
                State of New York
                Attorney for Defendants
                28 Liberty Street
                New York, NY 10005

David T. Cheng
Assistant Attorney General
*of counsel*

---

Motion (Doc. 16) denied without prejudice to re-filing in compliance with the Court's Individual Practices and the Local Civil Rules of the Southern District of New York, in particular Local Civil Rules 7.1(a)(1) and (a)(3). *See Whitley v. Bowden*, No. 17-CV-03564, Doc. 116 at 3-4; *Multiwave Sensor Inc. v. Sunsight Instr., LLC*, No. 16-CV-1361, 2017 WL 1498058, at *2 n.1 (S.D.N.Y. Apr. 26, 2017).

Should Defendants elect to re-file, such motion shall be filed and served on or before 10/8/2021. Plaintiff shall file and serve his opposition, if any, on or before 11/8/2021. Defendants shall file and serve their reply, if any, on or before 11/22/2021.

The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          September 8, 2021