UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDOLPH ROBINSON,

                Plaintiff,

-against-

DELTA BALANETRE, Superintendent;
RONDA MURRAY, Nurse Administrator,

                Defendants.

ORDER

21-CV-02071 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On September 9, 2021, Defendants moved to dismiss Plaintiff's Complaint. (Doc. 18). Pursuant to the Court's September 8, 2021 Order, Plaintiff's opposition to Defendants' motion to dismiss was due by November 8, 2021. (Doc. 17). To date, Plaintiff has not filed opposition to the motion or sought any extension of time to do so.

    The application filed by Defendants to deem their motion as fully submitted (Doc. 19) is DENIED. The Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss to February 18, 2022. Defendants' reply, if any, is due March 4, 2022.

    **If Plaintiff fails to file his opposition by February 18, 2022, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

    The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
       January 19, 2022

SO ORDERED:

_____
Philip M. Halpern
United States District Judge